**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSIE EVET LOPEZ, | Case No.: 2:24-cv-01460-APG-EJY |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| WALMART INC., | |
| Defendant | |

    I ORDER that defendant Walmart Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Walmart's citizenship as required by the amendment to that rule.

    I FURTHER ORDER defendant Walmart Inc. to file a proper certificate of interested parties by August 26, 2024.

    DATED this 13th day of August, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE