UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ROSIE EVET LOPEZ, | Case No.: 2:24-cv-01460-APG-EJY |
|---|---|
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| WALMART, INC., | |
| Defendant | |

    I ORDER that plaintiff Rosie Lopez's certificate of interested parties (ECF No. 9) is STRICKEN because it names the wrong plaintiff. The certificate refers to Ana Castaneda, not Rosie Lopez. Additionally, the certificate does not comply with Federal Rule of Civil Procedure 7.1(a)(2) because it does not identify Ms. Lopez's citizenship as required by the amendment to that rule.

    I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by September 24, 2024.

    DATED this 10th day of September, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE