# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROSIE EVET LOPEZ,

    Plaintiff

v.

WALMART, INC.,

    Defendant

Case No.: 2:24-cv-01460-APG-EJY

**Order Striking Certificate of Interested Parties**

    I ORDER that plaintiff Rosie Lopez's certificate of interested parties (ECF No. 11) is STRICKEN because it does not comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Ms. Lopez's citizenship as required by the amendment to that rule.

    I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by September 24, 2024.

    DATED this 11th day of September, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE