**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Emails:  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant, Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSIE EVET LOPEZ, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>WALMART INC., a Foreign Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:24-cv-01460-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff ROSIE EVET LOPEZ, by and through her counsel, MICHAEL C. KANE, ESQ. and JOEL S. HENGSTLER, ESQ. of THE702FIRM INJURY ATTORNEYS, Defendant WALMART, INC., by and through their

///

///

///

///

///

///

///

///

///

///

///

///

1

counsel, GRIFFITH H. HAYES, ESQ. of TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice.

DATED this 16th day of April, 2026

TYSON & MENDES LLP

 /s/ *Griffith H. Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Parkway, Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

DATED this 16th day of April 2026

THE702FIRM INJURY ATTORNEYS

 /s/ *Joel S. Hengstler*
MICHAEL C. KANE
Nevada Bar No. 10096
JOEL S. HENGSTLER
Nevada Bar No. 11597
BRANDON A. BORN
Nevada Bar No. 15181
8335 West Flamingo Road
Las Vegas, NV 89147
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: April 21, 2026

2

**Stefania Rota Scalabrini**

---

| | |
|---|---|
| **From:** | Joel Hengstler <joel@the702firm.com> |
| **Sent:** | Wednesday, April 15, 2026 10:11 AM |
| **To:** | Stefania Rota Scalabrini; Kathy Albanese |
| **Cc:** | Griffith Hayes; Kathy Albanese |
| **Subject:** | RE: Rosie Lopez v. Walmart | Plaintiff Deposition (TM: 24-2372) |

Hi Stefania and Grif,

Please allow this email to confirm my authorization to add my signature on the stip and order to dismiss. Thank you for the follow up.

Kindest regards,

*Joel S. Hengstler, Esq.*
Partner
**THE702FIRM** Injury Attorneys
Direct Dial: 702-224-2029
Email: joel@the702firm.com

---

**From:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>
**Sent:** Tuesday, April 14, 2026 4:51 PM
**To:** Joel Hengstler <joel@the702firm.com>; Kathy Albanese <Kathy@the702firm.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Kathy Albanese <Kathy@the702firm.com>
**Subject:** RE: Rosie Lopez v. Walmart | Plaintiff Deposition (TM: 24-2372)

Good afternoon Mr. Hengstler,

It looks like we have not submitted the SAO to Dismiss. Please let us know if we may affix your signature. Thank you.



Stefania Rota Scalabrini
**Paralegal**
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP. This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and*